# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ALICE CARTER,

    Plaintiff,

vs.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendants.

Case No. 2:13-cv-00790-JAD-GWF

**ORDER**

  This matter is before the Court on the Emergency Motion of Nathan Ploehn for Order Quashing Deposition Subpoena (#16) filed August 14, 2013. The Court has been informed that the parties have resolved the issues of the Emergency Motion, and Defendant has filed its Notice of Withdrawal of Subpoena (#24), withdrawing its Subpoena served on Nathan Ploehn. Accordingly,

  **IT IS ORDERED** that the Emergency Motion of Nathan Ploehn for Order Quashing Deposition Subpoena (#16) is vacated.

  DATED this 21st day of August, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge