# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| ALICE CARTER, | ) | |
| Plaintiff, | ) | Case No. 2:13-cv-00790-JAD-GWF |
| vs. | ) | **ORDER** |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | ) | |
| Defendants. | ) | |

This matter is before the Court on the Emergency Motion of Nathan Ploehn for Order Quashing Deposition Subpoena (#16) filed August 14, 2013. The Court has been informed that the parties have resolved the issues of the Emergency Motion, and Defendant has filed its Notice of Withdrawal of Subpoena (#24), withdrawing its Subpoena served on Nathan Ploehn. Accordingly,

**IT IS ORDERED** that the Emergency Motion of Nathan Ploehn for Order Quashing Deposition Subpoena (#16) is vacated.

DATED this 21st day of August, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge